**UNITED STATES DISTRICT COURT**
PROBATION OFFICE
**DISTRICT OF NEW JERSEY**

CHRISTOPHER MALONEY
CHIEF PROBATION OFFICER

WILFREDO TORRES
SENIOR DEPUTY CHIEF PROBATION OFFICER

DEPUTY CHIEF PROBATION OFFICER
THOMAS C. MILLER

August 23, 2010

SUPERVISION UNIT
20 WASHINGTON PLACE
6TH FLOOR
NEWARK, NJ 07102-317
(973) 645-6161
FAX: (973) 645-2155

www.njp.uscourts.gov

The Honorable Peter G. Sheridan
Clarkson S. Fisher Federal Building & Courthouse
402 E. State Street
Trenton, NJ 08608

RE: HESS, Donna
Docket No.: 06-00192-001
**_Modification Request_**

Dear Judge Sheridan:

On December 3, 2007, Donna Hess appeared before Your Honor and pled guilty to Conspiracy to Distribute a Controlled Substance. She was sentenced to 36 months imprisonment; followed by a three-year-term of supervised release. Special conditions include full financial disclosure, no new credit, and DNA testing.

The offender is currently housed at the Marvin Gardens Residential Reentry Center (in the Central District of California), serving the remaining portion of a custodial sentence. On September 2, 2010, Hess will release from the custody of the BOP and the term of supervision will commence. Hess does not have any family or friends who are willing to provide housing until she can secure her own residence.

Therefore, we respectfully request that the Court modify Hess's supervised release conditions to include up to six months placement in a Residential Reentry Center. If Your Honor concurs with this request, please sign the enclosed 12B petition. A copy of the waiver signed by the offender is enclosed. Should your Honor wish to discuss this matter, do not hesitate to call the undersigned at (973) 207-9955

Respectfully submitted,

CHRISTOPHER MALONEY, Chief
U.S. Probation Officer

By: KELLYANNE KELLY

/kak
Enclosures

PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Donna Hess  
Cr.: 06-00192-001  
PACTS Number: 40736

Name of Sentencing Judicial Officer: Honorable Peter G. Sheridan

Date of Original Sentence: 12/03/07

Original Offense: Conspiracy to distribute controlled substance

Original Sentence: 36 months imprisonment; followed by a three-year-term of supervised release

Type of Supervision: Supervised Release    Date Supervision Commenced: 09/02/10

## PETITIONING THE COURT

[ ]  To extend the term of supervision for ___ Years, for a total term of ___ Years.  
[X]  To modify the conditions of supervision as follows. The addition of the following special condition(s):

RESIDENTIAL REENTRY CENTER PLACEMENT up to 6 months.

You shall reside for a period of up to 6 months in a community corrections center, halfway house or similar residential facility and shall observe all the rules of that facility. You shall not have to pay subsistence.

## CAUSE

The offender is currently in the Marvin Gardens Residential Reentry Center, serving the remaining portion of her custodial sentence. Hess does not have any family or friends who are willing to provide housing. She will use the extra time in the residential reentry facility to secure an apartment of her own.

Respectfully submitted,  
By: Kellyanne Kelly  
Senior U.S. Probation Officer  
Date: 8/23/10

---

THE COURT ORDERS:

[ ] The Modification of Conditions as Noted Above  
[ ] The Extension of Supervision as Noted Above  
[ ] No Action  
[ ] Other

Signature of Judicial Officer

8/25/10  
Date